# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC HOWARD, ADC #105324 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 1:12-cv-00061-SWW-JJV |
| WENDY KELLY, Deputy Director, | * | |
| Arkansas Department of Correction; *et al.*, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.  Defendants Horn, Cowell, and Kelly are DISMISSED from this cause for Plaintiff's failure to state a claim upon which relief may be granted.

DATED this 13th day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE