IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC HOWARD, ADC #105324, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 1:12CV00061-JJV |
| WENDY KELLY, Deputy Director, | * | |
| Arkansas Department of Correction; *et al.*, | * | |
| | * | |
| Defendants. | * | |

**ORDER**

On November 28, 2012, defense counsel notified the Court of the death of Defendant Ronald Gana (Doc. No. 19).

According to Rule 25(a) of the Federal Rules of Civil Procedure, following a party's death, a motion to substitute the proper party must be made within ninety days after the service of a statement noting the party's death. *See* FED. R. CIV. P. 25(a). The failure to file a motion to substitute will result in the dismissal in the action by or against the decedent. *Id*. Over ninety days has passed since the notice of Mr. Gana's death, and Plaintiff has not filed a motion to substitute party. Thus, in accordance with the Federal Rules of Civil Procedure, the Court finds that the claims against Ronald Gana should be DISMISSED as a matter of law.

IT IS SO ORDERED this 8th day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE