IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC HOWARD, ADC #105324, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 1:12CV00061-JJV |
| WENDY KELLY, Deputy Director, | * | |
| Arkansas Department of Correction; et al. | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE